ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN - 9 2006
U.S. COURT OF FEDERAL CLAIMS

Made in Detroit, Inc.,
a Michigan Corporation

v.

The United States

No. 06-457-L

**Non-Governmental Corporate Disclosure**

Pursuant to Rule 7.1, Plaintiff Made In Detroit, Inc, a Michigan Corporation, makes the following disclosure:

There is not a parent corporation to Made In Detroit, Inc., and there is not a publicly held corporation that owns 10% or more of its stock .

Respectfully submitted,

**BERRY REYNOLDS & ROGOWSKI, PC**

By: ______________________

**David W. Berry (P25418)**
**Ronald E. Reynolds (P40524)**
**Joseph M. Rogowski, II (P51316)**
33493 W. 14 Mile Road, Suite 100
Farmington Hills, MI 48331
(248) 851-3434
**Attorneys for Plaintiff**

**MANATT, PHELPS & PHILLIPS, LLP**
**HOLLY A. ROTH**
One Metro Center
700 12th Street, NW, Suite 1100
Washington, DC 20005
(202) 585-6500
**Attorneys for Plaintiff**

Dated: June 9, 2006