**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MADE IN DETROIT, INC.,<br>A MICHIGAN CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | No. 06-457L<br><br>Hon. Edward J. Damich |

**NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES**

Please enter the appearance of Steven D. Bryant as attorney of record for the United States, in the above-referenced action.

Service by electronic mail should be addressed to: steven.bryant@usdoj.gov.

Service of papers by regular mail should be addressed to:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(Telephone: 202-305-0424)

Express or courier deliveries should be addressed to:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
Patrick Henry Building
601 D Street, N.W., Rm. 3146
Washington, D.C. 20004
(Telephone: 202-305-0424)

Dated: July 17, 2006.

Respectfully Submitted,

s// Steven D. Bryant
STEVEN D. BRYANT
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Email: steven.bryant@usdoj.gov
Voice: (202) 305-0424
Fax: (202) 305-0506

**CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES to be served upon counsel for plaintiffs by overnight mail, postage prepaid, this 17th day of July, 2006, to:

Manatt, Phelps & Phillips, LLP
Holly A. Roth
700 12th Street, NW
Suite 1100
Washington, D.C. 20005
202-585-6552

Berry Reynolds & Rogowski. PC
David W. Berry
Ronald E. Reynolds
Joseph M. Rogowski, II
33493 W. 14 Mile Road
Suite 100
Farmington Hills, MI 48331
248-851-3434

s// Steven D. Bryant
Steven D. Bryant