UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MADE IN DETROIT, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-457 L<br>Honorable Edward J. Damich |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE RESPONSE TO COMPLAINT**

Defendant, United States, hereby moves pursuant to RCFC 6(b) for an enlargement of time of sixty (60) days from the current deadline, to and including Tuesday, October 10, 2006, in which to respond to plaintiff's Complaint. The Answer is currently due on Tuesday, August 8, 2006. This is defendant's first request for an extension of time.

This enlargement of time is necessary because counsel for defendant requires additional time to coordinate the response with agency counsel and to fully consider the allegations raised in plaintiff's Complaint in order to determine the appropriate form of its response.

Counsel for plaintiff does not oppose granting of this motion for an enlargement of time.

Accordingly, defendant respectfully moves for an enlargement of time of sixty (60) days from the current deadline, to and including Tuesday, October 10, 2006, in which to respond to plaintiff's Complaint.

Dated: August 4, 2006

Respectfully submitted,

Sue Ellen Wooldridge
Environment & Natural Resources Division
Assistant Attorney General

s/ Steven D. Bryant
Steven D. Bryant
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424 (phone)
(202) 305-0267 (fax)
steven.bryant@usdoj.gov