# In the United States Court of Federal Claims

No. 06-457 L

(Filed: December 20, 2006)

| | |
|---|---|
| ********************************** | |
| **MADE IN DETROIT, INC.,** | * |
| **A Michigan Corporation**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

Pursuant to the preliminary status conference held on December 20, 2006, the Court hereby ORDERS the following:

1. The parties shall adhere to the following discovery schedule:

The parties shall disclose their expert witnesses' identities by **May 1, 2007**.
Fact discovery shall close on **June 1, 2007**.
Plaintiff's expert reports shall be produced by **July 6, 2007**.
Defendant's expert reports shall be produced by **September 7, 2007**.
The parties shall make their expert witnesses available for deposition by **October 15, 2007**.
Expert discovery shall close on **November 16, 2007**.

2. A joint status report regarding, *inter alia*, the progress of discovery and any issues that have arisen or that the parties anticipate, shall be filed on or before **June 8, 2007**.

3. A telephonic status conference shall be held on **June 14, 2007 at 2:00PM** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-

recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference

4. As agreed to by the Defendant, on or before **January 5, 2007**, Plaintiff shall file an amended complaint including a prayer for relief for fees and interest.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge