**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MADE IN DETROIT, INC., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-457L |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | Chief Judge Edward J. |
| | ) | Damich |
| Defendant. | ) | |

**JOINT MOTION TO AMEND DECEMBER 20, 2006 SCHEDULING ORDER**

COME NOW the parties and represent to the Court that on various dates between April 16 and May 2, 2007 the parties conferred and agreed to move the Court to amend the discovery schedule. The parties are engaged in discovery, but conflicts have arisen that will prevent the parties from meeting the current discovery schedule. The parties' request to amend the schedule stems in part from undersigned counsel for defendant being called to active duty military service for annual training between May 21 and June 1, 2007 and on official travel from June 13 through June 15, 2007. Additionally, undersigned counsel for plaintiffs is scheduled to be in trial from June 4 through June 13, 2007. Based on the foregoing, the parties respectfully request the following schedule:

1. The parties shall conclude fact discovery by Wednesday, August 1, 2007.

2. Plaintiffs' expert reports shall be produced by Thursday, September 6, 2007.

3. Defendant's expert reports shall be produced by Wednesday, November 7, 2007.

4. The parties shall make their expert witnesses available for depositions by Friday, December 14, 2007.

5. The parties shall conclude expert discovery by Tuesday, January 15, 2008.

6. The parties shall file a joint status report regarding, *inter alia,* the progress of discovery and any issues that have arisen or that the parties anticipate by August 8, 2007.

Additionally, the parties request that the telephonic status conference scheduled for June 14, 2007 at 2:00 P.M. be rescheduled to the week of August 13, 2007.

This is the parties' first request to amend the schedule.

Dated: May 2, 2007

Respectfully submitted,

/s/ Ronald E. Reynolds
Ronald E. Reynolds
Berry, Reynolds & Rogowski
33493 W. 14 Mile Road
Suite 100
Farmington Hills, MI 48331
ron@brrlawyers.com

Counsel for Plaintiff

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov

Counsel for Defendant