# In the United States Court of Federal Claims

No. 06-457 L

(Filed: May 3, 2007)

| | |
|---|---|
| ********************************** | |
| **MADE IN DETROIT, INC.,** | * |
| **A Michigan Corporation**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On May 2, 2007, the parties filed a joint motion to amend the discovery schedule set forth in the Court's previous Order, dated December 20, 2006. The Court GRANTS the parties' motion and hereby ORDERS the following:

1. The discovery schedule shall be amended as follows:

   Fact discovery shall close on **August 1, 2007**
   Plaintiff's expert reports shall be produced by **September 6, 2007**
   Defendant's expert reports shall be produced by **November 7, 2007**
   The parties shall make their expert witnesses available for deposition by **December 14, 2007**
   Expert discovery shall close on **January 15, 2008.**

2. A joint status report regarding, *inter alia*, the progress of discovery and any issues that have arisen or that the parties anticipate, shall be filed on or before **August 8, 2007**.

3. The telephonic status conference regarding discovery, previously scheduled for June 14, 2007, is rescheduled for **August 16, 2007 at 2:00 PM** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be

participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge