**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MADE IN DETROIT, INC., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-457L |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | Chief Judge Edward J. |
| | ) | Damich |
| Defendant. | ) | |

**JOINT MOTION TO AMEND MAY 3, 2007 SCHEDULING ORDER**

COME NOW the parties and represent to the Court that on various dates between July 3 and July 20, 2007 the parties conferred and agreed to move the Court to amend the discovery schedule. The parties are continuing with discovery; however, the parties did not anticipate that the amount of documents to be produced would be as voluminous as it has become. Defendant has collected thousands of pages of documents from several sources within three federal agencies and is nearing completion of scanning them into a database. These documents need to reviewed for privilege before being electronically produced. Plaintiffs are scanning voluminous records in lieu of having the documents inspected. Additionally, opposing counsel will need time to review the documents in advance of deposing certain witnesses. Based on the foregoing, the parties respectfully request the following schedule:

1. The parties shall conclude fact discovery by Friday, October 19, 2007.

2. Plaintiffs' expert reports shall be produced by Friday, November 23, 2007.

3. Defendant's expert reports shall be produced by Friday, January 25, 2008.

4. The parties shall make their expert witnesses available for depositions by Friday, February 29, 2008.

5. The parties shall conclude expert discovery by Friday, March 28, 2008.

6. The parties shall file a joint status report regarding, *inter alia,* the progress of discovery and any issues that have arisen or that the parties anticipate by Friday October 26, 2007.

Additionally, the parties request that the telephonic status conference scheduled for August 16, 2007 be rescheduled between October 31 and November 2, 2007.

This is the parties' second request to amend the schedule.

Dated: July 20, 2007

Respectfully submitted,

/s/ Ronald E. Reynolds
Ronald E. Reynolds
Berry, Reynolds & Rogowski
33493 W. 14 Mile Road
Suite 100
Farmington Hills, MI 48331
ron@brrlawyers.com

Counsel for Plaintiff

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov

Counsel for Defendant