# In the United States Court of Federal Claims

No. 06-457 L

(Filed: July 25, 2007)

***********************************
**MADE IN DETROIT, INC.,** *
**A Michigan Corporation**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On July 20, 2007, the parties filed a joint motion to amend the discovery schedule set forth in the Court's previous Order, dated May 2, 2007. The parties seek additional time because they "did not anticipate that the amount of documents to be produced would be as voluminous as it has become." In light of the above, the Court GRANTS the parties' motion and hereby ORDERS the following:

1. The discovery schedule shall be amended as follows:

   Fact discovery shall close on **October 19, 2007**
   Plaintiff's expert reports shall be produced by **November 23, 2007**
   Defendant's expert reports shall be produced by **January 25, 2008**
   The parties shall make their expert witnesses available for deposition on or before **February 29, 2008**
   Expert discovery shall close on **March 28, 2008.**

2. A joint status report regarding, *inter alia*, the progress of discovery and any issues that have arisen or that the parties anticipate shall be filed on or before **October 26, 2007**.

3. The telephonic status conference regarding discovery, previously scheduled for August 16, 2007, is rescheduled for **November 8, 2007, at 10:00 AM** Eastern Time. One business day before the conference, counsel shall email chambers

(damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge