IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MADE IN DETROIT, INC.,
A Michigan Corporation,

Plaintiff,

v.

No. 06-457-L
Chief Judge Edward J. Damich

THE UNITED STATES,

Defendant.

/

## MOTION FOR CHANGE OF ATTORNEY OF RECORD AND WITHDRAWAL OF FORMER ATTORNEY OF RECORD FOR PLAINTIFF, MADE IN DETROIT

In accordance with Rule 83.1 (c)(4), Made in Detroit, by its attorneys, moves this Court to substitute Ronald E. Reynolds in as the counsel of record in this matter, for the following reasons:

1. Holly A. Roth is currently attorney of record for Plaintiff, Made in Detroit.
2. Ms. Roth no longer works at the law firm, Manatt, Phelps & Phillips, LLP.
3. Plaintiff respectfully requests that Ronald E. Reynolds be substituted in place of Ms. Roth.
4. Ronald E. Reynolds was admitted to practice in the United States Court of Federal Claims on January 31, 2007.
5. This substitution of counsel will not disrupt the process of this case.
6. Ms. Roth has consented to this substitution and respectfully requests that she be permitted to withdraw from this case.
7. Ronald E. Reynolds, acting counsel to Made in Detroit, agrees to substitution of counsel.

For these reasons, Plaintiff asks that this Court grant the Motion for Change of Attorney of Record and allow Ronald E. Reynolds to be named attorney of record for Made in Detroit.

Respectfully submitted,

By: s/ Ronald E. Reynolds

Ronald E. Reynolds
Berry Reynolds & Rogowski, PC
33493 W. 14 Mile Road, Suite 100
Farmington Hills, MI 48331-1587

By: s/ Holly A. Roth

Holly A. Roth
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096

Date: 8/7/07