**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**MADE IN DETROIT, INC.,**
**A Michigan Corporation,**

**Plaintiff,**

v.

**No. 06-457-L**
**Chief Judge Edward J. Damich**

**THE UNITED STATES,**

**Defendant.**

/

**MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO DEPOSE FACT WITNESSES**

Plaintiff, Made in Detroit, by its attorneys, moves pursuant to RCFC 6(b) for an enlargement of time in which to depose fact witnesses. Fact discovery currently ends on Friday, October 19, 2007. Plaintiff requests only to extend fact witness depositions beyond that date. Plaintiff requests that the date for completion of fact witness depositions be extended to Friday, March 28, 2008, which is also the date currently scheduled for completion of expert depositions.

This is plaintiff's first request for an extension of time. Counsel for defendant has indicated his support in the relief sought in this motion.

This enlargement of time is necessary because the parties require additional time to coordinate the depositions of the fact witnesses located throughout the United States; including witnesses that now reside in Michigan, Oregon, Minnesota and Washington DC. The parties have been cooperating in the scheduling of depositions and have been attempting to cluster witness depositions together in light of Plaintiff's counsel location in metropolitan Detroit and Defendant's counsel location in Washington, DC, and the resulting need for travel.

Accordingly, plaintiff respectfully moves for an enlargement of time to Friday, March 28, 2008, in which to complete depositions of fact witnesses, consistent with this Court's Order requiring completion of expert depositions on the same date.

Respectfully submitted,

By: s/ Ronald E. Reynolds

Ronald E. Reynolds
Berry Reynolds & Rogowski, PC
33493 W. 14 Mile Road, Suite 100
Farmington Hills, MI 48331-1587

Date: 10/3/07