# In the United States Court of Federal Claims

No. 06-457 L

(Filed: October 19, 2007)

```
***********************************
MADE IN DETROIT, INC.,             *
A Michigan Corporation,            *
                                   *
                Plaintiff,         *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
                Defendant.         *
                                   *
***********************************
```

**ORDER**

On October 3, 2007, Plaintiff filed a motion for an extension of the deadline for completion of fact discovery. Plaintiff seeks to extend the amount of time for fact witness depositions by approximately five months, from October 19, 2007, to March 28, 2008. Explaining the need for such a long extension of time, Plaintiff states that the parties have experienced difficulties in scheduling depositions of fact witnesses in Michigan, Oregon, Minnesota, and Washington D.C.

Plaintiff's motion for an extension of time for fact witness depositions is GRANTED. The Court's order for a joint status report to be filed on October 26, 2007, is vacated and the telephonic status conference scheduled for November 8, 2007, is cancelled.

The parties are ORDERED to submit a joint status report detailing the progress of fact and expert discovery on or before **February 1, 2008**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge