# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(E-Filed: January 31, 2008)

| | | |
|---|---|---|
| MADE IN DETROIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-457L |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | Chief Judge Edward J. |
| | ) | Damich |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff and defendant hereby submit the following status report pursuant to this Court's October 19, 2007 Order regarding the progress of discovery.

I. FACT DISCOVERY

The parties have completed written discovery, as well as several fact witness depositions. The parties estimate a combined total of six remaining fact-related depositions. Two of these depositions are being scheduled and will be completed within the discovery schedule.

Scheduling depositions for the three remaining fact witnesses present challenges. Two of these fact witnesses for defendant cannot be scheduled because of personal obligations for one of these witnesses. Specifically, the witness has informed counsel for defendant of recent events that have precluded him from scheduling and preparing for a deposition. [1] Once we are able to schedule this witness' deposition, the second related

[1] Earlier this month this witness' wife gave birth to their third child. Also, this family relocated to Oregon before selling their home in Michigan, and unfortunately the plumbing in their former residence recently froze resulting in several days of water flooding the property.

fact witness for defendant can be completed as well. Two final remaining potential witnesses may result in motions practice if an agreement cannot be reached.

II. EXPERT DISCOVERY

Turning to expert-related discovery, plaintiffs have provided defendant with expert reports pursuant to RCFC 26(a)(2). Defendant did not oppose plaintiff's request for a three-week delay to produce expert reports. Plaintiff returned the courtesy and defendant will produce its expert reports by February 22, 2008.[2] Expert depositions will follow to conclude discovery.

The parties have worked together well on previous discovery matters and will continue diligently working toward finalizing discovery.

Dated: January 31, 2008 Respectfully submitted,

| | |
|---|---|
| /s/ Ronald E. Reynolds | /s/ Steven D. Bryant |
| Ronald E. Reynolds | Steven D. Bryant |
| Berry, Reynolds & Rogowski | Environmental & Natural Resources Division |
| 33493 W. 14 Mile Road | United States Department of Justice |
| Suite 100 | P.O. Box 663 |
| Farmington Hills, MI 48331 | Washington, D.C. 20004 |
| ron@brrlawyers.com | steven.bryant@usdoj.gov |
| | |
| Counsel for Plaintiff | Counsel for Defendant |

[2] This is four weeks from the previous January 25, 2007 deadline for defendant's expert reports. A three-week extension would result in defendant producing its reports on February 15; however, counsel for defendant will be in Florida for depositions in another case from February 11 to February 14, 2008.