**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MADE IN DETROIT, INC., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-457L |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | Chief Judge Edward J. |
| | ) | Damich |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND SCHEDULE**

COME NOW the parties and represent to the Court that the parties conferred and agreed to move the Court to amend the discovery schedule. The parties have conducted extensive discovery to date involving voluminous records along with some fact witness depositions. The parties have cooperated in discovery and have provided additional time to each side for completion of expert reports, as indicated in the parties Joint Status Report filed January 31, 2008. Defendant's appraisal expert, however, needs additional time to complete his report, due in part to the recent hip surgery of a supporting witness who has been under post-operation heavy medication and unavailable for consultation and his own deposition. Additionally, another Defendant fact witness, who resides in Oregon, has been unavailable for deposition due to family and other personal difficulties beyond the parties' control. The parties were to conclude all discovery by March 28, 2008; a date the parties believe is not achievable in light of the facts herein described. As such, the parties request additional time to for Defendant to complete expert reports and for the extension of the deposition cut off date to allow the parties to depose all experts

and remaining fact witnesses. Based on the foregoing, the parties respectfully request the following schedule:

1. Defendant's expert reports shall be produced by March 7, 2008.

2. The parties shall make their expert witnesses available for depositions beginning March 31, 2008.

3. The parties shall conclude expert and fact witness discovery by May 16, 2008.

This is the fourth request to amend the schedule (the third request merely extended the fact witness depositions deadline to coincide with the expert witness deadline). The parties intend that this be the final amendment to the discovery schedule.

Dated: February 26, 2008

Respectfully submitted,

/s/ Ronald E. Reynolds
Ronald E. Reynolds
Berry, Reynolds & Rogowski
33493 W. 14 Mile Road
Suite 100
Farmington Hills, MI 48331
ron@brrlawyers.com

Counsel for Plaintiff

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov

Counsel for Defendant