# In the United States Court of Federal Claims

No. 06-457 L

(Filed: February 28, 2008)

| | |
|---|---|
| ************************************ | |
| **MADE IN DETROIT, INC.,** | * |
| **A Michigan Corporation**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

On February 26, 2008, the parties filed a Joint Motion to Extend Schedule seeking to amend the discovery schedule. According to the motion, "Defendant's appraisal expert . . . needs additional time to complete his report . . . [and] another Defendant fact witness . . . has been unavailable for deposition." In light of the above, the Court GRANTS the parties' motion and hereby ORDERS the following amended discovery schedule:

| | |
|---|---|
| March 7, 2008 | Submission of Expert Report(s) by Defendant. |
| March 31, 2008 | Parties shall make their expert witnesses available for deposition. |
| May 16, 2008 | Close of Fact and Expert Discovery (including completion of all depositions). |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge