IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MADE IN DETROIT, INC.,<br>a Michigan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 06-457-L<br>Chief Judge Edward J. Damich |

**JOINT STATUS REPORT**

Plaintiff and defendant hereby submit the following status report pursuant to this Court's Special Procedures Order filed on July 18, 2006 regarding the progress of discovery.

I. DISCOVERY

The parties have completed written discovery, expert depositions and almost all lay witness depositions. The parties completed 10 witness depositions in May, 2008, in Michigan, including one witness flown in from Portland, Oregon. The parties have had difficulty scheduling the deposition of Col. Robert Davis, formerly of the Army Corps of Engineers. A date is tentatively set for July 11, 2008 in Washington, D.C. The parties are also working on a back up date for the deposition due to a potential trial conflict. Further, the Defendant may issue an additional third-party subpoena for documents, without objection by Plaintiff.

The parties have worked together well on previous discovery matters and will continue diligently working toward finalizing discovery.

Dated: May 30, 2008

Respectfully submitted,

**s// Ronald E. Reynolds**
Ronald E. Reynolds (P40524)
Berry Reynolds & Rogowski, PC
33493 W. 14 Mile Road, Suite 100
Farmington Hills, MI 48331
ron@brrlawyers.com
Counsel for Plaintiff

**s// Steven D. Bryant**
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
PO Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov
Counsel for Defendant