# In the United States Court of Federal Claims

No. 06-457 L
(Filed: June 9, 2008)

| | |
|---|---|
| ********************************** | |
| **MADE IN DETROIT, INC.,** | * |
| **A Michigan Corporation,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

On June 2, 2008, the parties filed their post-discovery status report, indicating that they have completed written discovery and have taken all but one remaining deposition. To discuss how this case shall proceed, the Court ORDERS the parties to appear for a telephonic status conference on **July 31, 2008 at 3:00pm** Eastern Time. One business day before the conference, counsel shall call (202.357.6483) or email (damich_chambers@ao.uscourts.gov) chambers to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

The conference will be on the record via Court electronic digital recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for Court electronic digital recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge