**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MADE IN DETROIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-457L |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | Chief Judge Edward J. |
| | ) | Damich |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE COURT'S AUGUST 4, 2008 SCHEDULING ORDER**

Defendant hereby moves the Court to amend its August 4, 2008 Scheduling Order to allow an additional sixty (60) days from August 29, 2008 until October 30, 2008 for the parties to submit a joint status report concerning the potential for settlement. Additional time is needed to evaluate Plaintiff's settlement demand, provided to Defendant on August 4, 2008. Defendant cannot respond to Plaintiff until the client agencies -- Army Corps of Engineers, Department of Interior, and the Environmental Protection Agency -- have completed their review of the demand and the respective settlement authorities provide their recommendations to the Department of Justice for its determination.

Scheduling difficulties have precluded review of the settlement demand with requisite agency personnel. As an example, Corps of Engineers counsel assigned to this case and the District Counsel for the Detroit District were out of the office from August 5 to August 12, 2008 and August 12 to August 24, 2008 respectively. Counsel specializing in takings litigation with the Environmental Protection Agency will be out of the office from August 22 to September 10, 2008. In addition to scheduling hurdles, the Corps of

Engineers Detroit District Office has experienced recent turnover in key positions related to the evaluation of the settlement demand. Specifically, within the past month there has been a change of command, and newly assigned counsel to this matter.[1]

Based on the foregoing, Defendant respectfully requests that the Court allow an additional sixty (60) days from August 29, 2008 until October 28, 2008 for the parties to submit a joint status report concerning the potential for settlement.

Dated: August 25, 2008

Respectfully submitted,

/s/ Steven D. Bryant

Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov

Counsel for Defendant

[1] Counsel previously assigned to this case was medically discharged last month, and current counsel was assigned to this case on July 31, 2008.