# In the United States Court of Federal Claims

No. 06-457 L
(Filed: August 28, 2008)

***********************************
**MADE IN DETROIT, INC.,** *
**A Michigan Corporation,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On August 25, 2008, the Government filed an unopposed motion to extend the deadline for submission of the next joint status report by sixty days, from August 29, 2008, to October 28, 2008. According to Government counsel, various problems in scheduling among several attorneys for the Army Corps of Engineers, the Department of the Interior, and the Environmental Protection Agency have delayed the Government's review of Plaintiff's settlement demand.

The Court GRANTS the Government's motion to extend the status report deadline. However, due to availability for rescheduling the telephonic status conference originally set for September 4, 2008, the Court ORDERS the parties to submit the joint status report on or before **October 24, 2008**. The Court further ORDERS the parties to appear for the telephonic status conference on **October 30, 2008, at 3:00pm** Eastern Time. One business day before the conference, counsel shall call (202.357.6483) or email (damich_chambers@ao.uscourts.gov) chambers to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via Court electronic digital recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for Court electronic digital recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge